# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LADELL JOHNSON SR.**                                                                                          **PLAINTIFF**

**5:08CV00270-WRW-HDY**

**C RUSHING**                                                                                                        **DEFENDANT**

## JUDGMENT

Based on the Order filed this date, Judgment is entered dismissing this case without prejudice.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 23rd day of December, 2008.


                                                                           /s/Wm. R. Wilson, Jr.
                                                                    UNITED STATES DISTRICT JUDGE